# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICK R. RUBY**                                                   **PLAINTIFF**

**V.**             **CASE NO. 4:10CV00069 WRW/BD**

**HALL,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of February, 2010.

                                                        /s/ Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE